UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| RACHEL HARRIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:19-cv-02937-AGF |
| | ) | |
| WILBERT WEAVER, | ) | |
| | ) | |
| Defendant. | ) | |

# ORDER OF PARTIAL DISMISSAL

In accordance with the Memorandum and Order entered this same date,

**IT IS HEREBY ORDERED** that Plaintiff's request for injunctive relief prohibiting Defendant from contacting Plaintiff at work or entering their mutual workplace is **DISMISSED**.

_____
AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE

Dated this 7th day of February, 2020.